IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02438-DME-MJW

CARRIE THRALL,

Plaintiff(s),

v.

PERFORMANT RECOVERY, INC., f/k/a DIVERSIFIED COLLECTION SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Unopposed Motion For Leave to File Amended Complaint to Change Caption and Name of Party Defendant (Docket No. 17) is granted. The tendered Plaintiff's First Amended Complaint (Docket No. 17-1) is accepted for filing as of the date of this Minute Order.

Date: November 26, 2012